# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 11-3883

Kurt Danysh v. Eli Lilly Co

2-10-cv-02116

# O R D E R

It appearing that a panel of this Court disposed of the above case by a Judgment filed January 31, 2012, and it further appearing that a Petition for Rehearing was timely filed by Appellant Kurt Michael Danysh on February 21, 2012 and it further appearing that the Clerk's Office issued the certified Judgment in lieu of formal mandate on February 23, 2012.

It is **O R D E R E D** that the certified Judgment issued in lieu of formal mandate on 02/23/2012, be and is hereby RECALLED.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: February 24, 2012

cc: Mary Eileen D'Andrea
    Kurt Michael Danysh
    Donna L. Fisher, Esq.
    Nina M. Gussack, Esq.
    Andrew R. Rogoff, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk